## 47205.   McCURLEY v. THE STATE.

DEEN, Judge. The defendant appeals from the denial of his motion for change of venue. There being no certificate of immediate review as required by *Code Ann.* § 6-701 (see *Rucker v. State,* 124 Ga. App. 491 (184 SE2d 228)), the appeal must be

> *Dismissed. Eberhardt, P. J., and Clark, J., concur.*

SUBMITTED MAY 8, 1972—DECIDED MAY 17, 1972.

*Martin W. Welch,* for appellant.

*Herbert B. Kimzey, District Attorney,* for appellee.